| | |
|---|---|
| Jerry C. Alexander<br>Texas Bar No. 00993500<br>alexanderj@passmanjones.com<br>**PASSMAN & JONES**<br>1201 Elm Street, Suite 2500<br>Dallas, Texas 75270-2500<br>(214) 742-2121 Telephone<br>(214) 748-7949 Facsimile<br><br>**SPECIAL COUNSEL TO TRUSTEE** | Joseph F. Postnikoff<br>Texas Bar No. 16168320<br>jpostnikoff@romclaw.com<br>**ROCHELLE MCCULLOUGH, LLP**<br>300 Throckmorton Street, Suite 520<br>Fort Worth, Texas  76102<br>(817) 347-5260 Telephone<br><br>**COUNSEL TO TRUSTEE** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | | |
|---|---|---|
| *In re:* | § § § | |
| **LAUREN ENGINEERS & CONSTRUCTORS, INC.** | § § § § | Case No. 21-10051 rlj7<br>Chapter 7 |
| *Debtor*, | § § | |
| **RODDRICK NEWHOUSE, CHAPTER 7 TRUSTEE,** | § § § § | |
| Plaintiff, | § § | Adversary No. 23-01011-rlj |
| v. | § § § | |
| **OXY USA INC.** | § § § § | |
| Defendant. | § | |

**TRUSTEE'S NOTICE OF NONSUIT WITH PREJUDICE**

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW Plaintiff, Roddrick Newhouse, Chapter 7 Trustee ("*Trustee*") of the Bankruptcy Estate of Lauren Engineers & Constructors, Inc., and files this Notice of Nonsuit With Prejudice, and respectfully shows the Court the following:

In accordance with Fed. R. Civ. P. 41, Plaintiff non-suits with prejudice to refiling all of his claims in the above-entitled and numbered cause against Defendant OXY USA, Inc. All costs are to be taxed against the party incurring same.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests the Court take notice of its Non-Suit against Defendant OXY USA, Inc., and acknowledge same.

Dated: April 13, 2023.

Respectfully submitted,

*/s/ Jerry C. Alexander*
Jerry C. Alexander
  Texas Bar No. 00993500
  alexanderj@passmanjones.com
D. Hunter Polvi
  Texas Bar No. 24083674
  polvih@passmanjones.com
**PASSMAN & JONES**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

**SPECIAL COUNSEL FOR THE TRUSTEE**

Joseph F. Postnikoff
  Texas Bar No. 16168230
  jpostnikoff@romclaw.com
**ROCHELLE MCCULLOUGH, LLP**
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
(817) 347-5260 Telephone

**COUNSEL FOR THE TRUSTEE**